■ JAMES O'HALLORAN et al., Respondents, v TOLEDO SCALE COMPANY, Appellant. (And Two Other Actions.)—Order, Supreme Court, New York County (Harold Baer, Jr., J.), entered on or about June 22, 1987, unanimously affirmed for the reasons stated by Harold Baer, Jr., J. Plaintiffs-respondents shall recover of appellant Toledo Scale Company $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Ellerin, JJ. *[See,* 135 Misc 2d 1098.]

■ OD INVESTORS, INC., Appellant-Respondent, v PRINCE TOWER TENANTS CORP. et al., Respondents-Appellants, and 39-41 WORTH STREET COMPANY et al., Respondents.—Per stipulation of discontinuance dated November 10, 1987, the appeal and cross appeal from the order of the Supreme Court, New York County (Elliott Wilk, J.), entered on May 30, 1986, unanimously withdrawn, with prejudice and without costs to any party against the other. No opinion. Concur—Sandler, J. P., Asch, Milonas and Kassal, JJ.

■ JAMES MILLER, Respondent, v GEORGE HAUG Co., Defendant, and BRITISH LEYLAND MOTORS, INC., Appellant.—Per communication dated December 28, 1987, the appeal from the order of the Supreme Court, New York County (Kenneth Shorter, J.), entered on September 15, 1986, unanimously withdrawn, without costs and without disbursements. No opinion. Concur—Sandler, J. P., Carro, Asch and Milonas, JJ.